UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DONNIE MURPHEY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00157 |
| STRIKE, LLC, | § § § | |
| Defendant. | § | |

## ORDER OF BANKRUPTCY STAY AND CASE ADMINISTRATION

On December 10, 2021, Defendant Strike, LLC filed its Suggestion of Bankruptcy (D.E. 10). Pursuant to 11 U.S.C. § 362(a)(1), this matter is STAYED as to Defendant Strike, LLC pending further order of the United States Bankruptcy Court lifting the automatic stay, closing or dismissing the bankruptcy proceeding, or granting or denying the Debtor's discharge in bankruptcy. 11 U.S.C. § 362(c), (d).

ORDERED on December 13, 2021.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE