United States District Court
Southern District of Texas
**ENTERED**
November 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DONNIE MURPHEY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00157 |
| STRIKE, LLC, | § § § | |
| Defendant. | § | |

### ORDER DISMISSING CASE

Pursuant to Plaintiff's Status Report (D.E. 13), the Court **ORDERS** this action **DISMISSED WITHOUT PREJUDICE**. This is a final judgment.

**ORDERED** on November 14, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE